No. 61. EX PARTE SUCCESSION OF AMILL, PETITIONER.—Petition for the cancellation of notarial mortgage bond executed by Antonio Amill Oramas on March 15, 1902. Decided September 4, 1913, by the Chief Justice sitting alone, as provided for by law. Cancellation denied. The petitioner appeared *pro se*.

---

No. 47. EX PARTE BENITO ZALDUONDO, PETITIONER.—
No. 48. EX PARTE REINALDO PANIAGUA, PETITIONER.—

Petitions for writs of *habeas corpus* presented to Mr. Justice Aldrey. Decided September 6, 1913, by an opinion delivered by Mr. Justice Aldrey sitting in vacation. The release of petitioners is ordered on account of the lack of jurisdiction of the justice of the peace of the offense charged against them. *Messrs. Alvarez Nava* and *Dominguez* and *Jacinto Texidor* for petitioners. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 189. EX PARTE MIGUEL GUERRA, NOTARY PUBLIC.—Notice from the National Surety Company of the termination of notarial surety bond No. 465, executed by said company on April 24, 1910. Decided September 16, 1913, by the Chief Justice sitting alone, as provided for by law. Bond considered terminated to take effect November 15, 1913.

---

No. 289. EX PARTE JUAN LÓPEZ DE GOENAGA, NOTARY PUBLIC.—Notice from the National Surety Company of the termination of notarial surety bond No. 415, executed by said company on March 16, 1910. Decided September 17, 1913, by the Chief Justice sitting alone, as provided for by law. Bond considered terminated to take effect November 16, 1913.